Glenn Thompson and Mildred B. Thompson, appellants, v. Florence Otis et al., appellees. Gen. No. 40,362.

Opinion filed March 29, 1939. Rehearing denied April 12, 1939.

McNab, Holmes & Long, McKinley, Price & Quindry, John Tone Kelly and Collins, Halloway & Kelly, for appellants. Cassels, Potter & Bentley, for certain appellee; John R. Whitman, Leslie H. Vogel and Anthony S. Ras, of counsel. Otto M. Hamer, for certain other appellee; Chester D. Kern, of counsel. Kirkland, Fleming, Green, Martin & Ellis, for certain other appellee; William H. Symmes, David Jacker and John M. O'Connor, Jr., of counsel.

Mr. Justice Hebel delivered the opinion of the court.